United States District Court
Southern District of Texas

**ENTERED**

May 22, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **ELOY THOMAS JUNIOR,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-536** |
| | § | |
| **TODD BLANCHE,** *et al.,* | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Dkt. No. 1), Respondents' Motion to Dismiss, and Alternatively, Motion for Summary Judgment, (Dkt. No. 7), and Petitioner's Motion to Expand the Record Pursuant to Rule 7 of the Rules Governing Section 2254 Cases (as Applied to this § 2241 Proceeding), (Dkt. No. 9).

The Court **ORDERS** the parties to file supplemental briefing **by May 29, 2026**, that addresses these issues:

- Respondents: Whether the failed removal attempt of Petitioner to Mexico constitutes a new entry, so that the Court can determine whether Petitioner's requested discovery under the motion to expand the record, (Dkt. No. 9), is relevant to adjudication of the petition.

- Petitioner: Given the evidence of Petitioner's approved ESTA application, (Dkt. No. 13), address whether Petitioner entered under the Visa Waiver Program and discuss the Fifth Circuit's holdings in *Lavery v. Barr*, 943 F.3d 272 (5th Cir. 2019), and *McCarthy v. Mukasey*, 555 F.3d 459 (5th Cir. 2009).

- Petitioner: Whether Petitioner agrees that the Court need only decide if Petitioner is detained under 8 U.S.C. 1187 or 1226(a), as Respondents suggest? (Dkt. No. 12 at 3–4).

It is so **ORDERED**.

**SIGNED** on May 22, 2026.

_____
John A. Kazen
United States District Judge